USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
  UNITED STATES,

                -v-                                  1:19-cr-477-GHW

  ELIOT MARTINEZ,                             ORDER

                            Defendant.
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court will conduct a status conference in this matter on **November 19, 2019 at 2:00 p.m** in **Courtroom 12C of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street New York, NY 10007**. Defendant and all counsel of record are directed to appear.

SO ORDERED.

Dated: November 15, 2019
       New York, New York

                                                         GREGORY H. WOODS
                                                  United States District Judge