USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                          :

ELIOT MARTINEZ,                   :
  a/k/a "Bori",
                           :
        Defendant.
                           :

- - - - - - - - - - - - - - - - - - x

ORDER

19 Cr. 477 (GHW)

WHEREAS, with the consent of defendant ELIOT MARTINEZ, a/k/a "Bori", the defendant's guilty plea allocution was taken before the United States Magistrate Judge on March 4, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
          March 5, 2020

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE