```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES,

               -v-                             1:19-cr-477-GHW

    ELIOT MARTINEZ,                        ORDER

                           Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court has received a request for a bail review hearing from the defendant. *See* Dkt. No. 33. The Court anticipates that, if the defendant consents to proceeding remotely, it will schedule that hearing for June 8, 2020 at 9:00 a.m. In anticipation of scheduling the hearing, the Court directs the following:

    First, counsel for the defendant is directed to confer with the defendant and to inform the Court whether he is willing to proceed with the hearing by remote means. To the extent that the defendant is willing to provide that consent, counsel is directed to discuss the waiver of appearance at criminal proceeding form with the defendant. The United States Attorney's Office and the Federal Defenders Office have access to the form that is in use in this district. Counsel for the defendant is directed to inform the Court as promptly as practicable whether the defendant consents to a remote proceeding.

    Second, counsel for the defendant is directed to inform the Court whether he wishes to meet with his client in the fifteen minute window in advance of the conference, AND, if so, to provide the telephone number at which he can be reached during that period. In addition, counsel is directed to inform the Court if his client requires an interpreter for the proceeding. Counsel is

directed to provide this information to the Court no later than 10:00 a.m. on June 1, 2020.

    SO ORDERED.

Dated: May 28, 2020

                                                    GREGORY H. WOODS
                                               United States District Judge