```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES,

                  -v-                                  1:19-cr-477-GHW

    ELIOT MARTINEZ,                           ORDER

                                  Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The bail review hearing scheduled for June 8, 2020 at 9:00 a.m. will take place by teleconference. The dial-in information can be found in the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website. The parties are directed to comply with Rule 2(C) of those rules.

       SO ORDERED.

Dated: June 5, 2020

                                                                  GREGORY H. WOODS
                                                    United States District Judge