# CARRILLO & CARRILLO

### LAW FIRM-ABOGADOS

CHARLIE EZRA CARRILLO (NY)

REF: 19- CR -477 (GHW)).

## MEMORANDUM ENDORSED

Friday, August 14, 2020

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2020
```

Re:  *United States v. Eliot Martinez, (19 CR 477 (GHW))*

Dear Judge Woods:

The undersigned counsel writes on behalf of the Defendant, Mr. Eliot Martinez, with the consent of the Government to request a postponement of the submission dates of the sentencing memorandums and an adjournment of the sentencing of Mr. Eliot Martinez. Currently, Mr. Eliot Martinez's sentencing hearing is set for September 8, 2020, at noon. The parties make this request due to the health concerns and protocols in place in this District to control the spread of the COVID-19 virus. Additionally, the parties are unable to proceed with the sentencing memorandums because the United States Probation Office has not completed a Presentence Investigation Report ("PSR") corresponding to Mr. Eliot Martinez.

Therefore, to ensure the health and safety of all involved and to provide ample time for the parties to prepare for sentencing properly, counsel requests an adjournment of at least 60 days.

Application granted.  The sentencing date is adjourned to December 9, 2020 at 4:00 p.m.  Defendant's sentencing submissions are due no later than November 18, 2020; the Government's sentencing submissions are due no later than December 2, 2020.  The government is directed to provide its factual statement to the probation office, if it has not done so, no later than 7 days from today.  The defendant is directed to arrange for an interview with the probation department no later than 14 days from today.  The Court is advised that the delay in the production of the PSR is the result of defense counsel's decision not to permit the defendant to be interviewed.  If the defendant is not interviewed by the date specified in this order, the PSR will be prepared without the benefit of an interview; the defendant cannot unilaterally stall his sentencing by making himself unavailable for an interview.  The Clerk of Court is directed to terminate the motion pending at Dkt No. 40.
SO ORDERED
September 3, 2020        _____
                                          GREGORY H. WOODS
                                      United States District Judge

Respectfully submitted,

By:_____//s//_____
Charlie Carrillo
Counsel for Defendant, Eliot Martinez

259 West Patrick, Frederick, MD 21701
Phones: (718) 535-7282 | (301) 378-8595 | Fax: (240) 680-2762
E-mail: pa@carrillobrux.com
www.cbalaw.net