UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
          :
UNITED STATES OF AMERICA,        :
          :
          :
    -v-          :
              1:19-cr-0477-GHW
          :
ELIOT MARTINEZ,        :        <u>ORDER</u>
          :
        Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In light of the Amended Standing Order entered by Chief Judge Colleen McMahon on January 5, 2021 temporarily suspending certain operations in the Southern District of New York, the Court will adjourn the proceeding scheduled in this matter on January 21, 2021.  The parties are directed to confer and to write the Court jointly suggesting one or more mutually agreeable alternative dates for the proceeding.

        SO ORDERED.

Dated: January 19, 2021

                                                GREGORY H. WOODS
                                             United States District Judge