UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                  -v-                                 1:19-cr-477-GHW-1

    ELIOT MARTINEZ,                         ORDER

                         Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A sentencing hearing is scheduled in this matter on April 14, 2021 at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

      SO ORDERED.

Dated: April 12, 2021
       New York, New York

                                                        GREGORY H. WOODS
                                                  United States District Judge